**LAW OFFICES OF**

**GARY G. BECKER, P.L.L.C.**

40 FULTON STREET • 17th FLOOR

NEW YORK, NEW YORK 10038-5077

TELEPHONE  
(212) 785-7565

FACSIMILE: (212) 214-0901  
becker@garybeckerlaw.com

May 23, 2023

The Honorable Katherine Polk Failla  
United States District Judge  
United States Courthouse  
Southern District of New York  
40 Foley Square  
New York, NY 10007



*Re: United States v. Carlos Calaff, 17 Cr. 449 (KPF*

Dear Judge Failla:

      This letter is respectfully submitted on behalf of Carlos Calaff and with the consent of the Government to request an approximately 45-day adjournment of the status conference in this case scheduled for May 25, 2023.  The parties remain in active discussions regarding a potential disposition of this case.  As part of those discussions, the defense has agreed to delay receipt of the Government's Rule 16 productions. With the additional time, the parties are optimistic about reaching a pretrial disposition.

      Should the Court grant this request, the defense consents to an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A), until the rescheduled conference date.

                                        Respectfully submitted,

                                        *Gary G. Becker*

                                        Gary G. Becker

cc:  Government Counsel

Application GRANTED. The conference currently scheduled for May 25, 2023, is hereby ADJOURNED to **July 12, 2023, at 4:00 p.m.**

It is further ORDERED that time is excluded under the Speedy Trial Act between May 25, 2023, and July 12, 2023. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Defendant and defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

Dated:     May 23, 2023          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE