**LAW OFFICES OF**
**GARY G. BECKER, P.L.L.C.**
40 FULTON STREET • 17th FLOOR
NEW YORK, NEW YORK 10038-5077

TELEPHONE  
(212) 785-7565

FACSIMILE: (212) 214-0901  
becker@garybeckerlaw.com

September 28, 2023

Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

  Re: United States v. Carlos Calaff  
    17 Cr. 449 (KPF)



Dear Judge Faila:

  The Court has scheduled the date of October 12, 2023, at 3 p.m., for the sentencing of Carlos Calaff. With the consent of the government, I respectfully request that the sentencing be rescheduled to December 14, 2023, at 3 p.m., a date and time that Your Honor's Deputy has advised is convenient for the Court. The parties are continuing to exchange information bearing on the offense conduct section of the initial Presentence Report, and I am in the process of collecting various records and other documents pertinent to sentencing. I have conferred with Assistant United States Attorney Andrew Chan and, as noted, on behalf of the government he consents to this request.

                Respectfully submitted,

                *Gary G. Becker*  
                Gary G. Becker

  cc: Andrew Chan, AUSA  
     Jill Jefferies, USPO

```
Application GRANTED.  The sentencing currently scheduled for
October 12, 2023, is hereby ADJOURNED to December 14, 2023, at 3:00
p.m.

The Clerk of Court is directed to terminate the pending motion at
docket number 623.
```

                SO ORDERED.

Dated: September 28, 2023  
     New York, New York

                *Katherine Polk Failla*

                HON. KATHERINE POLK FAILLA  
                UNITED STATES DISTRICT JUDGE