LAW OFFICES OF

**GARY G. BECKER, P.L.L.C.**

40 FULTON STREET • 17th FLOOR

NEW YORK, NEW YORK 10038-5077

TELEPHONE  
(212) 785-7565

FACSIMILE: (212) 214-0901  
becker@garybeckerlaw.com

January 10, 2024

Honorable Katherine Polk Failla  
United States District Judge  
Southern District of New York  
40 Foley Square  
New York, NY 10007

**MEMO ENDORSED**

    Re:  United States v. Carlos Calaff  
        17 Cr. 449 (KPF)

Dear Judge Faila:

    With the consent of the government, this letter is respectfully submitted on behalf of Carlos Calaff to request that the date for sentencing in this matter, currently set for January 25, 2024, be rescheduled to February 28, 2024, at 3:30 p.m., a date and time that Your Honor's Deputy has advised is convenient for the Court.  The Probation Department is still considering objections and comments to the initial Presentence Report and has not yet issued the final Presentence Report. The requested adjournment, if granted, will facilitate that process, and afford the defense the time needed to review the final Presentence Report, confer with Mr. Calaff (who is detained at the MDC), and prepare Mr. Calaff's sentencing submission.

    I have conferred with Assistant United States Attorney Danielle Sassoon and, as noted, on behalf of the government she consents to this request.

                                      Respectfully submitted,

                                      *Gary G. Becker*

                                      Gary G. Becker

cc:  Danielle Sassoon, AUSA  
     Andrew Chan, AUSA  
     Jill Jefferies, USPO

Application GRANTED. The date for sentencing in this matter shall be ADJOURNED to **February 28, 2024,** at **3:30 p.m.**

The Clerk of the Court is directed to terminate the pending motion at docket number 630.

Dated:     January 11, 2024          SO ORDERED.
           New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE